**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **T JASON NOYE,** | : | |
| **individually and on behalf** | : | |
| **of all others similarly situated,** | : | No. 1:15-cv-2382 |
| **Plaintiffs** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **JOHNSON & JOHNSON and** | : | |
| **KELLY SERVICES, INC.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 7th day of September 2016, **IT IS HEREBY ORDERED THAT** Defendant Kelly Services Inc.'s motion to compel arbitration and stay the above-captioned case pending completion of the arbitration (Doc. No. 39), is **DENIED WITHOUT PREJUDICE** to refiling after the parties conduct arbitration-related discovery.

**IT IS FURTHER ORDERED THAT** a period of arbitration-related discovery shall commence on this day and extend for sixty (60) days. The parties are directed to file a status updates within ten (10) days after the discovery period has ended.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
