# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T JASON NOYE,<br>individually and on behalf<br>of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHNSON & JOHNSON and<br>KELLY SERVICES, INC.,<br><br>        Defendants. | Case No. 1:15-cv-02382-YK<br><br>(Judge Yvette Kane)<br><br>CLASS ACTION |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT JOHNSON & JOHNSON'S RENEWED MOTION TO COMPEL ARBITRATION AND TO STAY THE PENDING ACTION

                                              James A. Francis
                                              David A. Searles
                                              FRANCIS & MAILMAN, P.C.
                                              Land Title Building, Suite 1902
                                              100 South Broad Street
                                              Philadelphia, PA 19110
                                              Tel. (215) 735-8600

                                              Marielle Macher
                                              COMMUNITY JUSTICE PROJECT
                                              118 Locust Street
                                              Harrisburg, PA 17101
                                              717-236-9486, ext. 214

Date: August 1, 2017                 *Attorneys for Plaintiff and the Class*

Plaintiff T Jason Noye, by counsel, respectfully submits this Notice of Supplemental Authority in support of Plaintiff's Response in Opposition to Defendant Johnson & Johnson's ("J&J's") Renewed Motion to Compel Arbitration and to Dismiss, or, in the Alternative, to Stay the Pending Action (Dkt. No. 74).

On July 17, 2017, the Seventh Circuit held in *Scheurer v. Fromm Family Foods LLC*, __F.3d__, No. 16-3327, 2017 WL 3015610, at *1 (7th Cir. July 17, 2017) (Exhibit A) that an employer could not rely on a staffing agency's arbitration agreement to compel its employee to arbitrate, rejecting the employer's equitable estoppel argument.


Dated:  August 1, 2017	*s/ Marielle Macher*
	Marielle Macher
	**COMMUNITY JUSTICE PROJECT**
	118 Locust Street
	Harrisburg, PA 17101
	717-236-9486, ext. 214

	**FRANCIS & MAILMAN, P.C.**
	James A. Francis
	David A. Searles
	Land Title Building, Suite 1902
	100 South Broad Street
	Philadelphia, PA 19110
	Tel. (215) 735-8600

	*Attorneys for Plaintiff and the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I electronically filed the foregoing Notice of Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendant Johnson & Johnson's Renewed Motion to Compel Arbitration and to Dismiss, or, in the Alternative, to Stay the Pending Action with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*s/ Marielle Macher*
Marielle Macher
