# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T JASON NOYE, individually and on behalf of all others similarly situated, <br>     Plaintiffs <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br>     Defendants | No. 1:15-cv-2382 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 11th day of May 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendant Johnson & Johnson's renewed motion to compel arbitration, or in the alternative, stay all proceedings (Doc. No. 74), is **DENIED**. **IT IS FURTHER ORDERED THAT** Defendant Johnson & Johnson is directed to file an answer to Plaintiffs' complaint (Doc. No. 1), within twenty-one (21) days of the date of this Order.

                                                         s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania