IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T JASON NOYE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and KELLY SERVICES, INC.,<br><br>Defendants. | Case No. 1:15-cv-02382-YK<br><br>(Hon. Yvette Kane)<br><br>Date Action Filed: December 11, 2015 |

## DEFENDANT JOHNSON & JOHNSON SERVICES, INC.'S MOTION TO STAY PROCEEDINGS PENDING APPEAL

Pursuant to Rule 8(a)(1)(A) of the Federal Rules of Appellate Procedure, Defendant Johnson & Johnson Services, Inc., by and through its undersigned counsel, hereby moves this Court for an Order staying all proceedings, including discovery, in this Court pending its appeal to the United States Court of Appeals for the Third Circuit, and any further appeal to the U.S. Supreme Court, are fully and finally decided.

Respectfully Submitted,

**REED SMITH LLP**

By: */s/ Carolyn P. Short*
Carolyn P. Short (Pa. ID 38199)
Shannon E. McClure (Pa. ID 164502)
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel. (215) 851-8100
Fax (215) 851-1420

                Michael O'Neil
                10 S. Wacker Drive
                Chicago, Illinois 60606
                Tel. (312) 207-2879
                Fax (312) 207-6400

*Attorneys for Defendant*
*Johnson & Johnson Services, Inc.*

DATED:  May 29, 2018

## **CERTIFICATE OF CONCURRENCE**

I, Shannon E. McClure, attest that co-counsel for JJSI sought concurrence for the Motion to Stay Proceedings Pending Appeal from Plaintiff's counsel via email on May 29, 2018. Plaintiff's counsel did not consent to this Motion.

*s/ Shannon E. McClure*
Shannon E. McClure

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

By: */s/ Shannon E. McClure*
Shannon E. McClure