UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **T JASON NOYE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON**<br><br>Defendant. | Case No. 1:15-cv-02382-YK<br><br>**(Honorable Yvette Kane)**<br><br>CLASS ACTION |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT
JOHNSON & JOHNSON SERVICES, INC.'S MOTION TO
<u>STAY PROCEEDINGS PENDING APPEAL</u>**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff T Jason Noye respectfully requests that Defendant Johnson & Johnson Services, Inc.'s Motion to Stay Proceedings Pending Appeal (ECF 91) be denied.

Dated: June 22, 2018

F‌RANCIS & M‌AILMAN, P.C.

<u>s/ James A. Francis</u>
James A. Francis
David A. Searles
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Tel. (215) 735-8600

Marielle Macher
**COMMUNITY JUSTICE PROJECT**
118 Locust Street
Harrisburg, PA 17101
717-236-9486, ext. 214

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel of record.

Dated: June 22, 2018

                                          *s/ James A. Francis*
                                          James A. Francis