IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T JASON NOYE, : | |
| individually and on behalf : | |
| of all others similarly situated, : | No. 1:15-cv-2382 |
|    Plaintiffs : | |
| : | (Judge Kane) |
| v. : | |
| : | |
| JOHNSON & JOHNSON, et al., : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 18th day of July 2018, upon consideration of Defendant Johnson & Johnson's motion to stay proceedings in the instant action (Doc. No. 91), pending resolution of its appeal of this Court's Memorandum and Order denying its motion to compel arbitration to the United States Court of Appeals for the Third Circuit (Doc. Nos. 88, 89, 90), and motion for extension of time to file an answer to Plaintiffs' complaint,[1] **IT IS ORDERED THAT**:

1. Defendant Johnson & Johnson's motion to stay (Doc. No. 91), is **GRANTED**;

2. Defendant Johnson & Johnson's motion for an extension of time to file an answer to Plaintiffs' complaint (Doc. No. 93), is **DENIED WITHOUT PREJUDICE AS MOOT**; and

3. The above-captioned action is **STAYED** pending the resolution of the appeal of the aforementioned Memorandum and Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] The Court is automatically divested of jurisdiction by the fling of the instant appeal. See, e.g., Ehleiter v. Grapetree Shores, Inc., 482 F.3d 207, 215, n.6 (3d Cir. 2007) (acknowledging "automatic divestiture" of jurisdiction in the district court upon "the filing of an interlocutory appeal pursuant to Section 16(a) of the FAA").