IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

T JASON NOYE,                           :
individually and on behalf              :
of all others similarly situated,       :   No. 1:15-cv-2382
    Plaintiff                    :
                                        :   (Judge Kane)
    v.                           :
                                        :
JOHNSON & JOHNSON, et al.,              :
    Defendants                   :

**ORDER**

**AND NOW**, on this 5th day of March 2020, in accordance with the Memorandum issued concurrently with this Order, wherein the Court determined that Plaintiff T Jason Noye ("Plaintiff")'s claim against Defendant Johnson & Johnson Services, Inc. ("J&J") falls within the scope of the Arbitration Agreement at issue in this case, **IT IS ORDERED THAT**:

1. Plaintiff and J&J are compelled to arbitrate the remaining claim between them pursuant to the Arbitration Agreement;

2. The stay previously entered by the Court with respect to Plaintiff's claims against Defendant Kelly Services, Inc. (Doc. No. 84 at 1) is **LIFTED**;

3. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania